UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14038-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NICHIREN SHOSHU SMITH,**
    a/k/a "Nick Drop"

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Shaniek M. Maynard following Change of Plea Hearing [ECF No. 27].  On November 17, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 22] during which Defendant pled guilty to Counts 1, 2, 3, and 4 of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 23, 24].  Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1, 2, 3, and 4 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 1].  Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Nichiren Soshu Smith** as to Counts 1, 2, 3, and 4 of the Indictment is **ACCEPTED**.

CASE NO. 23-14038-CR-CANNON

3. Defendant **Nichiren Soshu Smith** is adjudicated guilty of Counts 1, 2, 3, and 4 of the Indictment. Counts 1, 2, and 3 charge him with, distribution of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Count 4 charges him with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of December 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record